UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

***********************************
| In re: | * | |
| | * | Chapter 7 |
| Financial Resources Mortgage, Inc. and | * | Case Nos. 09-14565-JMD |
| | * | 09-14566-JMD |
| C L & M, Inc. | * | (Jointly Administered) |
| | * | |
| Debtor(s) | * | |
***********************************
| Steven M. Notinger, Chapter 7 Trustee, | * | Hearing Date: |
| Movant | * | Hearing Time: |
| | * | |
| v. | * | |
| | * | |
| Gould & Burke, PLLC, | * | |
| Respondent | * | |
***********************************

## EMERGENCY MOTION FOR TURNOVER OF ESTATE PROPERTY PURSUANT TO 11 U.S.C. §542

Steven M. Notinger, the Chapter 7 Trustee for C L and M, Inc. ("CLM") and Financial Resources Mortgage, Inc. ("FRM") (collectively, "the Debtors"), moves that the Court, on an emergency basis, order that Gould & Burke, PLLC ("G&B") turnover estate assets in its possession to the Trustee, namely, approximately $53,209.64 held in G&B's law firm trust account on behalf of CLM ("the Funds"), pursuant to 11 U.S.C. §542. In support of this Motion, the Trustee states as follows:

1. CLM and FRM were put into an involuntary bankruptcy by petitioning creditors on November 20, 2009 (the "Petition Date"). Steven M. Notinger is the duly appointed Chapter 7 Trustee for CLM and FRM. Pre-petition the Debtors were in the business of soliciting,

1

arranging and funding various mortgages transactions between private lenders and borrowers. As alleged in many filings with the Court, the Debtors appear to have created and/or participated in a Ponzi scheme where lenders were told they were investing in a particular mortgage, but their funds were often diverted to other investors or other entities controlled by the Debtors and/or the Debtors' principals.

2. G&B is a law firm which represented CLM and FRM pre-petition on many of its mortgage loan transactions.

3. In a case that is now stayed by the Superior Court, G&B filed a Amended Trustee Disclosure with the Belknap County Superior Court, dated December 30, 2009, which states that G&B is holding in its trust account $53,209.64 "in trust" for CLM. A copy of the G&B Amended Trustee Disclosure is attached as Exhibit A.

4. The Trustee has requested in writing on several occasions that G&B turn over to him the Funds in the G&B trust account pursuant to 11 U.S.C. §542. G&B initially indicated that it would turn over the Funds. However, G&B is concerned that the law firm of Shaheen & Gordon ("S&G) is asserting that it has a pre-judgment trustee attachment against G&B's trust account on behalf of one or more of CLM's creditors. If such an attachment was granted (and the Trustee would argue that under state law, a law firm's trust account cannot be attached), it was granted in mid-November, 2009, well within 90 days of the Petition Date, and is clearly an avoidable preference pursuant to 11 U.S.C. §547.

5. This is a situation where the facts and law are clear. Just because there is a (disputed) pre-judgment attachment on the Funds does not take them out of being property of the bankruptcy estate under 11 U.S.C. §541. G&B does not object to the Trustee's Motion, but asks

that the Trustee obtain an Order from the Bankruptcy Court in order to prevent any argument that G&B took funds out of trust in violation of a Superior Court Order.

6. The Trustee requests a turnover order against G&B pursuant to 11 U.S.C. §542, because he has been unable to obtain voluntary turnover of the CLM Funds which G&B is holding. G&B, however, consents to the Trustee's Motion.

7. The Trustee is filing this Motion on an emergency basis because 1) there is no legitimate reason that the Funds should not be turned over immediately; and 2) there are presently no funds in the estate which is incurring substantial expenses in trying to preserve assets going forward, including, but not limited to, mailing hundreds of copies of the Court's Preliminary Injunction Order to FRM/CLM borrowers and lenders and recording the Preliminary Injunction Order in various registries of deeds.

WHEREFORE, the Trustee requests that the Court:

A. Grant this Motion and order G&B to turn over the $53,209.64 of CLM funds in its trust account pursuant to 11 U.S.C. §542; and

B. Grant such other and further relief as the Court deems just and equitable.

Respectfully submitted,

STEVEN M. NOTINGER,
CHAPTER 7 TRUSTEE

By his attorneys:
Donchess & Notinger, PC

Dated: 2/5/10        By:    /s/ Deborah A. Notinger
                                                            Deborah A. Notinger, Esq.
                                                            547 Amherst Street, Suite 100
                                                            Nashua, New Hampshire 03063
                                                            (603) 886-7266 (telephone)

(603) 886-7922 (fax)
nontrustee@donchessnotinger.com

## CERTIFICATE OF SERVICE

I, Deborah A. Notinger, hereby certify that I have on this date served the foregoing Motion on each person named below by causing it to be filed electronically via the CM/ECF filing system or by e-mail as indicated:

Stephen L. Boyd on behalf of Creditor YR Investments, LLC
sboyd@wadleighlaw.com

Timothy Britain on behalf of Interested Party DR 2008 Realty Trust
britaint@cwbpa.com, benedettol@cwbpa.com;stanleyc@cwbpa.com;whitlockd@cwbpa.com

Katherine L. Brown on behalf of Creditor Philbrick
kbrown@hpgrlaw.com, dhayes@hpgrlaw.com;mwhelan@hpgrlaw.com

Ronald J. Caron on behalf of Defendant Richard Frucci
rcaron@bclilaw.com, tlambiris@bclilaw.com

William E. Christie on behalf of Defendant Alan McIlvene
wchristie@shaheengordon.com, jbellemore@shaheengordon.com;concord@shaheengordon.com

Mark S. Derby on behalf of Creditor Carole Billin
derbym@cwbpa.com,
derbym2@comcast.net;msdnh1@yahoo.com;stanleyc@cwbpa.com;marchands@cwbpa.com

Charles B. Doleac on behalf of Creditor Eileen O'Neil
cdoleac@nhlawfirm.com, kbratko@nhlawfirm.com;smoulton@nhlawfirm.com

James W. Donchess on behalf of Plaintiff Steven Notinger
nontrustee@dntpc.com

Peter V. Doyle on behalf of Creditor Pro Style Financial, Inc.
pdoyle@shaines.com

Michael A. Fagone on behalf of Creditor Andreas Papadimitriou
mfagone@bernsteinshur.com,
acummings@bernsteinshur.com;lkubiak@bernsteinshur.com;astewart@bernsteinshur.com;khiggins@bernsteinshur.com

Joseph A. Foster on behalf of Creditor John Shelley
joe.foster@mclane.com, bankruptcy@mclane.com

J. Brandon Giuda on behalf of Creditor Dennis Moeller
giudalaw@aol.com

Kenneth J. Gould on behalf of Creditor Larry Mansfield
Bankruptcy@gouldnhlaw.com, ken.gould@gouldnhlaw.com

David William Jordan on behalf of Creditor Deborah Livingston
jordan@granitelaw.com, alanna@granitelaw.com

Geraldine Karonis on behalf of U.S. Trustee Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov, Geraldine.L.Karonis@usdoj.gov

James S. LaMontagne on behalf of Creditor Louis Gargasz
nhbankruptcycourt@sheehan.com, ntoli@sheehan.com;jlamontagne@sheehan.com

Steven M. Notinger
trustee@dntpc.com, NH03@ecfcbis.com

Deborah A. Notinger on behalf of Plaintiff Steven Notinger
debbie@dntpc.com, nontrustee@dntpc.com;trustee@dntpc.com

Steven M. Notinger on behalf of Trustee Steven Notinger
nontrustee@dntpc.com, steve@dntpc.com

Robert L. O'Brien on behalf of Defendant Tinker Road Development, LLC
robjd@mail2firm.com

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov

David C. Phalen on behalf of Interested Party Old Republic National Title Insurance Company, Inc. dcp@bostonbusinesslaw.com

R. Timothy Phoenix on behalf of Creditor Philbrick
tphoenix@hpglaw.com, jferrini@hpglaw.com;dhayes@hpglaw.com

Peter C.L. Roth on behalf of Petitioning Creditor State of New Hampshire Banking Department
peter.roth@doj.nh.gov, manuela.perry@doj.nh.gov

Christopher J. Somma on behalf of Interested Party Old Republic National Title Insurance Company, Inc.
csomma@fordandweaver.com

Peter N. Tamposi on behalf of Trustee Steven Notinger
peter@thetamposilawgroup.com, petertamposi@aol.com

UST on behalf of U.S. Trustee Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov, Geraldine.L.Karonis@usdoj.gov

Gregory T. Uliasz on behalf of Interested Party Hinton Contracting and Development, Inc.
guliasz@fenigeranduliasz.com,
pcm@fenigeranduliasz.com;lbr@fenigeranduliasz.com;etolbert@fenigeranduliasz.com

Thomas R. Walker on behalf of Creditor Peter Martino
randy@walkervarney.com

By E-Mail:

Philip McLaughlin, Esq., for Gould & Burke, PLLC
pmclaughlin@metrocast.net

Dated:   2/5/10                                /s/ Deborah A. Notinger
                                               Deborah A. Notinger (NH Bar # 02013)