# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Bk. Nos. 09-14565-JMD |
| | 09-14566-JMD |
| Financial Resources Mortgage, Inc., and | Chapter 7 |
| C L & M, Inc., a/k/a Commercial Project | |
|     Loan Servicing, | Jointly Administered |
| and other jointly administered cases* | |
|     Debtors | |

* Check the box that applies to this pleading:

_____      This pleading concerns all jointly administered cases

**XXX**      **This pleading concerns the following jointly administered case(s):**

10-10903-JMD - JD Interstate Realty Trust
10-10905-JMD - WSW 2007 Realty Trust
10-10906-JMD - RWDM Realty Trust
10-10907-JMD - Pine River 2008 Trust
10/10908-JMD - RDPE Phillipston Realty Trust


## ORDER GRANTING TRUSTEE'S EX-PARTE MOTION TO EXTEND DEADLINE TO FILE SCHEDULES TO MAY 3, 2010

Upon consideration of the Trustee's Ex-Parte Motion to Extend Deadline to File Schedules to May 3, 2010 and after due deliberation and sufficient cause appearing therefor, it is ORDERED that the deadline for the Jointly Administered Debtors (except those identified above) to file schedules and statements is hereby extended to **May 3, 2010.**

    SO ORDERED,


| | |
|---|---|
|     March 04, 2010 | /s/ J. Michael Deasy |
| Dated | J. Michael Deasy, Judge |
| | United States Bankruptcy Court for the |
| | District of New Hampshire |